UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SINCLAIR & WILDE, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> BARER HOLDING CO., ET AL., <br><br> Defendants. | 24-cv-8488 (JSR) <br><br> ORDER |
| BARER HOLDING CO., ET AL., <br><br> Third-Party Plaintiff, <br><br> -against- <br><br> PHILIPPE HAIM SOLOMON, <br><br> Third-Party Defendant. | |

JED S. RAKOFF, U.S.D.J.:

On March 24, 2025, plaintiff Sinclair & Wilde, LTD filed an amended complaint asserting, among other claims, a breach of fiduciary duty claim against defendant Carl Erik Henin and an aiding-and-abetting breach of fiduciary duty claim against defendants Oktay Ercan and Barer Holding Company. See ECF No. 24. On October 29, 2025, defendants moved to dismiss the breach of fiduciary duty claim and argued that, if that claim falls, the aiding-and-abetting claim must fall with it. See ECF No. 48.

Upon due consideration of the parties' written submissions and oral argument heard on November 7, 2025, the Court hereby denies defendants' motion to dismiss in its entirety. An Opinion setting forth the reasons for this decision will issue in due course.

1

The Clerk of Court is respectfully directed to close the motion at docket number 48.

SO ORDERED.

Dated:   New York, NY
         November 7, 2025

                                              _____
                                              JED S. RAKOFF, U.S.D.J.