UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SINCLAIR & WILDE, LTD.,

    Plaintiff,

-against-

BARER HOLDING CO., et al.,

    Defendants.

---

BARER HOLDING CO., et al.,

    Third-Party Plaintiffs,

-against-

PHILIPPE HAIM SOLOMON,

    Third-Party Defendant.

---

24-cv-8488 (JSR)

FINAL JUDGMENT

JED S. RAKOFF, U.S.D.J.:

On November 19, 2025, following trial, the jury unanimously found (a) that defendant Carl Erik Henin was not liable on the claim of breach of fiduciary duty brought against him by plaintiff Sinclair & Wilde, Ltd;[1] (b) that defendant and third-party plaintiff Barer Holding Company was entitled to $9,522,000 in damages for its claim of breach of contract against plaintiff and counterclaim defendant Sinclair & Wilde, Ltd.; and (c) that third-

---

[1] Although Henin's pre-trial motion to dismiss the claim against him for lack of personal jurisdiction was previously denied by the Court with "[a]n Opinion . . . [to] issue in due course," ECF No. 62, Henin has now expressly withdrawn that motion and waived any claim for lack of personal jurisdiction, see Email from Defense Counsel, 11/20/25, so no further opinion is necessary.

1

party defendant Philippe Haim Solomon was jointly and severally liable for those damages. In addition, based on this verdict and all prior proceedings, the Court then concluded that Barer Holding Company was entitled to a declaration that the agreements between Sinclair & Wilde, Ltd. (by Carl Erik Henin) and Barer Holding Company dated December 22, 2022 (the "Assignment Agreements") were valid and enforceable. See Trial Transcript, 11/19/25.

Accordingly, the Court hereby enters final judgment holding Sinclair & Wilde, Ltd. and Philippe Haim Solomon jointly and severally liable to Barer Holding Company in the amount of $11,729,026, representing the jury's award in addition to prejudgment interest of 9% per annum accruing from April 30, 2023, the last agreed-upon delivery date. Further, the Court hereby declares that the aforementioned Assignment Agreements are valid and enforceable. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated:  New York, NY
        November 24, 2025

_____
JED S. RAKOFF, U.S.D.J.